JOSEPH C. INKPEN, Appellant, *v.* SAFEWAY STEEL SCAFFOLDS SUPPLY CORP., Respondent.

Argued March 6, 1951; decided April 12, 1951.

*Bernard Meyerson, Melvin Sacks* and *Harry H. Lipsig* for appellant.

*Alexander Orr, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.